IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NATHAN COLVETT,                          )
                                         )
        Plaintiff,                       )
                                         )
    v.                                   )    CASE NO. 2:24-cv-677-BL-CWB
                                         )
                                         )
FRANK BISIGNANO,                         )
Commissioner of Social Security,

        Defendant.

## ORDER

On February 17, 2026, the Magistrate Judge recommended that the court affirm the decision of the Commissioner of Social Security denying benefits to the Plaintiff. (Doc. 21). Although the Magistrate Judge gave the Plaintiff until March 3, 2026, to file objections to the recommendation, (Doc. 21 at 31), the court has received no objections from the Plaintiff.

After careful review of the file and upon consideration of the Recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge to **DENY** the Plaintiff's motion for summary judgment, (doc. 11); **GRANT** the Commissioner's motion for summary judgment, (doc. 15); and **AFFIRM** the Commissioner's decision (Doc. 21). The court **DENIES** the

Plaintiff's motion for summary judgment and **GRANTS** the Commissioner's motion for summary judgment.  The court will enter a separate final judgment affirming the Commissioner's decision.

**DONE** and **ORDERED** on this the 5th day of March, 2026.

BILL LEWIS
UNITED STATES DISTRICT JUDGE